IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| APR, LLC, an Alabama limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 03cv1199-M [WO] |
| FRANK DUDEL, et al., | ) ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On 14 April 2005, the defendants filed a Joint Stipulation of Dismissal With Prejudice (Doc. # 63). Upon consideration of the Joint Stipulation, and for good cause, it is

ORDERED that all of the claims against all of the defendants and third-party defendants in this case are DISMISSED with prejudice. Each party will assume his or its own costs of the action.

The Clerk of the court is DIRECTED to terminate any pending motions.

DONE this 21st day of April, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE